No. 16,435.

ROBERTS ET AL. *v.* THE FARMERS' AND MERCHANTS' BANK OF ATTICA, IND., ET AL.

From the Fountain Circuit Court.

*C. M. McCabe* and *J. Bingham,* for appellants.
*H. H. Dochterman, I. E. Schoonover* and *L. P. Miller,* for appellees.

HOWARD, C. J.—The parties, issues, pleadings, rulings of court, assignments of error, and arguments in this case are almost precisely the same as in the case No. 16,436, of the same title, 136 Ind. 154. All the questions here raised having been passed upon in that case, and decided in favor of the appellees, the same course must be taken here. On the authority of that case, therefore, the judgment in this case is affirmed.

McCABE, J., took no part in the decision of this case.

Filed April 4, 1894.